IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **DAVID DARRIGAN & DAR-JKTA ENTERPRISES, LLC** §<br>*Plaintiffs,* §<br> §<br>v. §<br> §<br>**KAVA CULTURE FRANCHISE GROUP CORPORATION** §<br>*Defendant.* § | CIVIL ACTION No.: 4:23-cv-00360<br><br>DISTRICT JUDGE SEAN D. JORDAN |

## REPLY DECLARATION OF EVAN M. GOLDMAN

I, EVAN M. GOLDMAN, declare as follows:

1. I am an attorney-at-law and a partner at the law firm of Greenspoon Marder LLP. I am admitted to practice in the States of New Jersey and New York, the Commonwealth of Pennsylvania, and the District of Columbia. I am also admitted in eleven federal district courts and four federal courts of appeal. I am admitted in this case *pro hac vice*, and have represented Kava Culture Franchise Group Corp., in its dispute with Plaintiffs – and others – since April 2023. As such, I have personal knowledge of the facts and events described herein.

2. Attached hereto and incorporated herein as Exhibit G is a true and correct copy of the Order Directing the Parties to Mediation, dated July 5, 2023, filed in the matter of *Kava Culture Franchise Grp. Corp. v. Dar-Jkta Enter, LLC,* in the Circuit Court of the Twentieth Judicial District in and for Lee County, Florida, under Case No. 23-CA-6682 (the "Florida State Action").

3. Attached hereto and incorporated herein as Exhibit H is a true and correct copy of the Order "Denying Plaintiff's Motion for Temporary Injunction," dated July 5, 2023, filed in the Florida State Action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2023                                      /s/ Evan M. Goldman
                                                         Evan M. Goldman